### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMANDA HOOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-00049-TWP-DML |
| | ) | |
| NICOLE NORVELL, DEBBIE SAMPSON | ) | |
| KELLY SCHMELZLE, CHRISTINE | ) | |
| FEATHERSTONE and CATHY HODGE, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

For the reasons detailed in the Court's Entry Granting Defendants' Motion to Dismiss for Failure to State a Claim is GRANTED. The Court enters FINAL JUDGMENT in this action in favor of Defendants.  Plaintiff Amanda Hook's federal claims are **dismissed with prejudice** and her state claims are **dismissed without prejudice**.

Judgment is entered accordingly, and this action is TERMINATED.

**SO ORDERED.**

Date:  5/26/2020

_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

DISTRIBUTION:

J. Clayton Culotta
CULOTTA & CULOTTA LLP
clay@culottalaw.com

Bryan Findley
INDIANA ATTORNEY GENERAL'S OFFICE
bryan.findley@atg.in.gov